UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 4:11-cr-17 |
| v. | ) | |
| | ) | MATTICE / LEE |
| GREGORY LYNN REDDEN | ) | |

ORDER

The Court entered an Order of Commitment for Mental Evaluation of defendant on September 23, 2011, pursuant to Title 18 U.S.C. §§ 4241 and 4247 to determine the defendant's mental competency to stand trial [Doc. 14]. The Court received a letter from Catherine L. Linaweaver, Warden of the Federal Bureau of Prisons, Metropolitan Correctional Center in Chicago, Illinois requesting that the time allowed for evaluation of the defendant begin from the date of defendant's arrival at the Metropolitan Correctional Center in Chicago, Illinois and requesting a fifteen (15) day extension to complete the extensive psychological testing with the evaluation period ending December 9, 2011. I find there is good cause to **GRANT** the request of the Metropolitan Correctional Center in Chicago, Illinois that the time allowed for evaluation and treatment of the defendant begin from the date of defendant's arrival at the Metropolitan Correctional Center in Chicago, Illinois and their request for a fifteen (15) day extension to complete the defendant's psychological testing as authorized by Title 18 U.S.C. § 4241(d).

SO ORDERED.

ENTER:

s/ Susan K. Lee
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE